IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00160-MJW

ANTONY SPENCER and
LAURIE BENE' ROLFE SPENCER,

Plaintiffs,

v.

CODY WALKER,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's [sic] Unopposed Motion for Protective Order (docket no. 21) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 21-1) is APPROVED and made an Order of Court.

Date: March 30, 2015