IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00160-RM-MJW

ANTONY SPENCER and
LAURIE BENE' ROLFE SPENCER,

Plaintiffs,

v.

CODY WALKER,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    In a Minute Order entered on December 23, 2015 (Docket No. 39), plaintiff was directed to file a Response to Defendant's Motion to Modify the Scheduling Order (Docket No. 37) on or before December 30, 2015. Plaintiff has not done so, and thus the motion is deemed confessed. In addition, the court has reviewed the subject motion and finds that good cause exists for the extensions sought. It is thus hereby

    ORDERED that Defendant's Motion to Modify the Scheduling Order (Docket No. 37) is GRANTED. The Scheduling Order (Docket No. 20) is thus amended as follows. The deadline for plaintiff's supplemental expert disclosures is February 29, 2016. The deadline for defendant's expert witness disclosures is March 31, 2016. The deadline for completion of discovery is April 29, 2016. In addition, the deadline for dispositive motions is now May 31, 2016. The Final Pretrial Conference set on April 7, 2016, at 10:00 a.m. is VACATED and RESET on June 27, 2016, at 9:00 a.m. The proposed Final Pretrial Order shall be filed on or before June 20, 2016.

Date: December 31, 2015