IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00160-RM-MJW

ANTONY SPENCER and
LAURIE BENE' ROLFE SPENCER,

Plaintiffs,

v.

CODY WALKER,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      This matter is before the Court on Plaintiffs' Unopposed Motion to Modify Scheduling Order (Docket No. 41).  In the motion, Plaintiffs ask the Court to extend the dispositive motions deadline from February 15, 2016 to March 7, 2016.  However, on December 31, 2015, the Court extended the dispositive motions deadline through May 31, 2016.  (Docket No. 40.)  As a result, the requested relief is moot.  Accordingly,

      It is hereby **ORDERED** that Plaintiffs' Unopposed Motion to Modify Scheduling Order (Docket No. 41) is **DENIED as moot**.

Date: February 12, 2016