IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00160-RM-MJW

ANTONY SPENCER and
LAURIE BENE' ROLFE SPENCER,

Plaintiffs,

v.

CODY WALKER,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Plaintiffs' Unopposed Motion to Modify Scheduling Order (Docket No. 46) is **GRANTED** for good cause shown.  The Scheduling Order (Docket No. 20) is amended to extend: (1) Plaintiffs' supplemental expert disclosure deadline to May 30, 2016; (2) Defendant's expert disclosure deadline to June 29, 2016; (3) the discovery cut-off to July 28, 2016; and (4) the dispositive motions deadline to August 29, 2016.

It is further **ORDERED** that the Final Pretrial Conference set for June 27, 2016 at 9:00 a.m. is **VACATED**.  The Final Pretrial Conference is **RESET** for November 3, 2016 at 9:30 a.m.  The proposed final pretrial order shall be submitted on or before October 27, 2016.

Date: February 29, 2016